CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKu

AUG 3 0 2011

JULIA C. DUDLEY, CLERK
BY: HMcDonad
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ELMER EDWARD BURGE,<br>Petitioner, | ) ) ) | Civil Action No. 7:11-cv-00128 |
| v. | ) ) ) | **ORDER** |
| HAROLD CLARKE,<br>Respondent. | ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; petitioner's motion for a hearing is **DENIED as moot**; a Certificate of Appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for the respondent.

ENTER: This 30th day of August, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge